# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shakur Aziz AHA Plaintiff(s),

vs.

Parklawn Properties Limited Partnership

Parklawn Estate.

Case No. 22-cv-1282 DSD/TNL
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name Shakur AHA

    Street Address
    4141 Parklawn Estate Apt #214
    County, City
    Hen
    State & Zip Code
    MN, 55435
    Telephone Number
    612-916-7501

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 PRKLN Properties Limited Partnership
      Name

      Street Address 4141 Parklawn Estate

      County, City Henn, EDINA

      State & Zip Code Minnesota, 55435

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.   VII Civil Rights

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Shakun Aziz AHA       State of Citizenship: Minnesota

   Defendant No. 1: PrKLN ProRrties L partnoli  State of Citizenship: Minnesota

   Defendant No. 2:                       State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [X] Defendant(s) reside in Minnesota   [X] Facts alleged below primarily occurred in Minnesota
   [X] Other: explain   I'm Renting Property from Def in EDiNA, Minnesota

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

Attached

3

Signed this ___ day of  may/10/2022

Signature of Plaintiff   Shakur aha

Mailing Address  4141 Parklawn Estate Apt # 214

Telephone Number  612-916-7501

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

5

Jurisdiction

The Court has Federal Question Jurisdiction over the Case because Intentional Infliction of Emotional Distress is the issue. Which is an outrageous personal injury tort. Title VIII Civil Rights Act of 1968 Fair Housing Act Prohibits discrimination in Rental of housing. Title VII 1964 Act prevents racial discrimination. My 14th Amendment Citizenship Rights has been violated. 18 U.S code 242 -Deprivation of Rights under the color of law has been ignored and violated.

Venue

District of Minnesota is the proper Venue because the Intentional Infliction of Emotional Distress occurred in Edina, Minnesota area code 55435.

Relief

The Emotional and Mental suffering I have endured severely over the time of living in this apartment Complex has burden My Mental health. The repetitive outrageous acts and lack of prevention by management has caused me to suffer from anxiety, I'm in fear of my life simply because the clear bold disrespectful matter of how they choose to humiliate me. I haven't slept in weeks literally. I'm laying down on my couch in the front living room with a combat knife and barricade by my front door. Life isn't even worth living. I can't go to work because

Shakur Aha   612-916-7501   Email (Donnatelow@Gmail.Com)

of the Emotional stress I'm enduring day in and day out worrying that someone is in my apartment every time I leave stealing and moving things around. Covid-19 is real to me I know people who family members have died from Covid-19. I'm vaccinated everyone in the apartment is. The Mental and Emotional pain I feel is beyond reasonable to have to endure. I don't feel safe in my own home and it is Emotionally and Mentally exhausting. This is just outrageous and embarrassing because I spend over 1,500 a month on rent. I'm entitled to relief.

Complaint

7. Title VIII Fair Housing Act of 1968 is in violation. I'm one of the only African American Males in the entire Building. I very seriously doubt any of the White or Latinos in the building are enduring what I'm enduring. I have been noticing for a while things been out of place in my apartment. At first it was things like one house shoe missing for a couple days then it shows up behind the couch after looking there already. I bought a hat and placed it on the top shelf after wearing it one time. I go to get the hat the next day to wear to dinner not there. My Girlfriend and I looked every where for the hat even beneath things know where to be found I was stressed out and confused and was thinking did maintenance man come in here while we were at work. My Girlfriend and I went out any leaving the house confused. Two days later the hat showed up in the closet at the bottom of it in a location know one would put a brand-new hat. I took a mental note that was last year. The hat is ruined till this day it's like a top hat so who ever

Ahakur Aha   612-916-7501   ( Donngtelow@Gmail.com

touched it kind of smashed it down. I wore it one time since buying it. My house shoes continued to be miss place and back in a weird location. That's currently as of this year. March 2022 1,100 dollars came up missing out of the apartment. I was outraged at My Stepson he kept saying he didn't do it. Now the thing is we buy him everything he want new out fits video games everything it didn't make since. We looked around the entire house stressing. We all concluded the Maintenance Man or the Latino lady is the only other people who have access to the apartments. Last year in the Summer a lot of packages started coming up missing around the time she started working here. It was a lot of Latinos moving in and around the building who didn't look like they lived here.  For the packages to be stolen a person would have to have an access key. In April of 2022 around the 1st of the Month, I was cleaning up. I was putting My shoes in the front living room by pair. I left and came back and one of the shoes were turned around. I was the only one that was in the apartment and was only gone maybe 45 minutes. Days went by and I notice another pair of shoes I paired up one of them was missing. I noticed two jogging out fits and hoodie was gone. Know were to be found. I went to subway bought a tuna sandwich and then bought a bag of chips from Wholes Food. I ate the sandwich and only a few chips. I leave and come back in the house the next day the Chip bag was empty. I was stressing out. In outrage and in disbelief.  I recalled a time the bathroom sink was supposed to get fixed. The Maintenance Man had come over I had some all black casual shoes on when I let him in the apartment brand new. When he went into the Bathroom to fix the sink I had changed my shoes into gym shoes and told him I will be right back. I ran to my car and came back up he was in the bathroom still looking at the

Thakur aka   612-916-7501   ( Donnatelow@Gmail.Com

sink. He leaves out about 5 minutes later I asked did he fix the sink he said yeah. I waited ten minutes and then checked the sink wasn't fix. I was confused. I go into my room and I noticed the shoes I just took off shoestrings were gone. I didn't say anything I took a mental note. This was 2021 when this happened, I believe. Days later I open my door and there go one of my shoestrings. Right now, a string to My missing sweater is on my lamp I didn't put it there and My Girlfriend and Son was at her sisters when this happened. The Repetitive matter of coming into my Apartment unwanted constantly has been a Mental and Emotional burden because how they are going about is clear someone is trying to cause me and my Family to have a Mental break down. The Emotional stress is clearly racially driving. I'm not White nor Latino My 14th Amendment Citizenship Rights are being Violated. Because life enjoyment has been taking. I bought a six pack of Brawny Napkins. I'm the only one home I leave and come back one of them was gone now it's only 5 rolls napkins the next day after leaving and coming back to an apartment that is secure and I told Management someone has been going into my apartment. I lashed out and tore down notes that left on my door and everyone on my floor door to make a point it's a police report. I am Emotionally suffering these people in management have made it clear they don't care at all. I bought a gaming chair Someone enter my apartment and unscrewed the arm off one so a brand-new chair is basically broken because a screw is out. My brand new ps5 video game doesn't work all sudden since complaining to management. The ps5 is hard to get and it cost extra money to buy it. I have ps5 to reduce stress and My gaming chair is for a peace of Mind for me to come home and relax. It's beyond unreasonable. My Mother lived in this building, and she had an alarm

Hakur aka   612-916-7501   (DONNatelow@Gmail.com

Maintenance Man I left when I got back later the toilet bowl cleaner was on the kitchen counter behind My air fryer. Remind you I placed it by the toilet days before that and then it was missing nowhere to be found. They trying to have me question my sanity. Management has no control and are practicing passive aggressive racism. That is clearly aiming to Intentional Inflict Emotional Distress. They have no regard for me at all.  I'm looking in my closet this morning and My Girlfriend ask did I put these rolls of toilet paper on the Shelf I told her no. It's May 9, 2022.  The last three months someone has been coming into My apartment shopping and taking things that I clearly can see is missing or moved around. Absolute Abuse of Power the issue hasn't been address because it continues to happen till this day. This is an issue that has happening since I moved in. I'm being targeted out of racism and jealousy. Which is a direct violation of my Civil Rights. My Family has been burdened with the realty that people are entering are apartment. I have been suffering mentally and emotionally because it's out of my control. I have been feeling sick when I come into my apartment. It's difficult to leave or stay in this apartment.  The over whelming stress is beyond the asking to tolerate of a person in a civilized Community. My Car paint was peeled off a key scratch on the top part of my door has happened. This occurred after coming home late I parked and seen a bunch of people never seen before in the lot. They gave me a mean look but didn't say anything the next morning I notice the mark on my car that was not there the night or day before. My enjoyment of life has been altered.

Thakur aka  612-916-7501   (Donnatelow@Gmail.com

on her door when Her and Her Husband came back home the alarm was going off they moved out of the building just around the corner. Management and Maintenance in this building got me suffering. I can't sleep The Emotional and Mental torment is outrageous. A person in a civilized society would not be asked to endure this treatment. One Night in April My Girlfriend was in the shower and said When I went to the store to get something to eat someone came into the apartment and was outside the bathroom she was scared. I left for the Night and we Went to the Holiday Inn for the Night. The next day she went to Her sisters for a few days My Stepson has been over there since that Night. I haven't been back to work and I got things I have to pay for. I am Emotionally drained. People have been putting there hands on my food I'm buying. I feel sick when I come in this apartment. Mother's Day and My Girlfriend Birthday has been ruined because of how this building is being managed. I have been suffering from head pounded headaches for hours at the point I'm putting ice on my forehead. The average normal person in a civilized society is not enduring this nor would be asked to. I been thinking about checking myself into therapy but I'm worried someone would be shopping in my apartment or rather they apartment I pay for when I'm gone. Management and Maintenance making clear I'm not wanted around. This the only apartment complex I ever had to endure this treatment. I been living in this area for years over twenty in Richfield around the corner on Penn Ave. I never endure this. Things are constantly being moved around. I bought a two pack of toilet cleaner opened one placed the other on the side of the toilet. I leave come back it's gone the one by the toilet. This was in April 2022. I seen Management in the hall I told her someone was in my apartment I yelled it loud I point at the

Thakur aba   612-916-7501   (Donnatelow@Gmail.com

Fact of Matter is people have been Murder in this country in there own homes. To violate My Civil Right s and not accommodate and make me Feel unwanted due to Race is unacceptable. A Resident in this building has a NAZI SWASTIKA sign on his door. Management and Maintenance come to people apartments placing notes and letters on the door all the time. It's been there for the longest. For them to act like that's ok is disrespectful to many communities. This building owners and Management need to be deterred from allowing this type of uncomfortable behavior. Nazis of Germany have a History and Nazis of America has their own. I honestly believe people in this building are trying to get me sick. I am spitting up food I just ate. I honestly feel like someone has contaminated my food by spitting in it. The Hot sauce I used got me ill and I stop eating my chips, I had put it on. I work at a warehouse Amazons to be exact, and I feel I'm helping people. I work a ten-hour shift to make money so I can afford to live where I'm at. My Girlfriend works at a Nursing Home a supervisor that works doubles three times a week sometimes because there understaffed. We didn't ask for nor deserve this treatment from Management nor the people in this building. My Civil Rights are being violated and that most stop. I want the accommodation we deserve. I feel like I'm prisoner to my own existences.
VIII Fair Housing Act of 1968 is in Violation. Civil Rights Act 1964, My 14th Amendment. The Emotional and Mental distress is unbearable. The average Citizen would not be asked to endure this outrageous behavior. We have a Kid here any one of us could be dead just off catching a disease like covid-19. I am outraged.

Thakur aka    612-916-7501    Donnatelow@Gmail.com

8.  18 U.S Code 242. Deprivation of Rights under the color of the Law. My fundamental rights have been stripped has if I did something besides work pay taxes. I take care of My family and we work together as a team. I'm not a convict I never been to prison. I have no felonies I should not feel like a hostage in an apartment I spend over 1,500 a month on. I never been subject to this treatment in any apartment complex I lived in. It's embarrassing to have to endure this treatment. My family see that I'm different I'm stressing. I'm a person that beliefs in emotional restraint. I'm not a person that overreacts to any and everything. This place has gotten out of hand and crossed bonders that are at a Point Of No Return. I bought Chicken from Cubs. I didn't eat the baked chicken but I opened and looked at it and placed it in the fridge to eat later or another day. The chicken was flipped around like someone grabbed it with their hands flipped it around I was the only in the apartment them days. The comfort of living has been stripped the confidence of eating food in my refrigerator has been taking. I have been eating out the last three weeks every day. Things have gotten so bad that I bought a mini camera from best buy some days ago it works off and on depending how far away I am. The stress of going places and trying to look at a camera is Emotionally draining and mentally taxing. I can't enjoy life because of it. Everyone out is laughing and having fun and I'm stressing over My apartment being raided and moved around. The anxiety I must endure is not fair is uncaused for and is someone sick plan to Intentionally cause Emotional Distress with the belief there's nothing I can do about it. I almost broke down to tears but I refuse to cry. The pounding headaches are unbearable and the average citizen in a civilized community would not be asked to endure such treatment.

Thakur aka  612-916-7501  (Donnatelow@Gmail.com

VII Civil Rights 1964

9.

I clearly been targeted has the only African American Male in the Building. I'm the only one complaining and lashing out and being affected mentally and emotionally. If I was white saying what I'm saying Management would have moved me to another building or accommodated me somehow. I spend over 1,500 on rent. I didn't pay the last month or this current month to find resolve in this issue and nothing but an eviction notice. It's clear they rather take steal and use me up like a napkin and discard me like nothing is being said. I always paid rent on time. People are leaving out of their apartments when I leave as if there listen for my door to open. Between the Older White Maintenance Man and since the arrival of a new Latino Manager and her family and friends this building is a nightmare for me. If I was Latino or White, I would no be enduring this Intentional Infliction of Emotional Distress at this complex. I lived in Minnesota for years and never endured this treatment at an apartment complex. It's clear they are pushing away and telling me to leave without saying it.  One of the blinds in my apartment was ripped down after saying to management someone was in My apartment ripping a blind down is how I got accommodated. This is passive aggressive racism by the Maintenance Man clearly and management has allowed it.  This is a secure building only people with or who give people access can do what they're doing. It's psychologically taxing and emotionally painful. My Civil Rights have been violated day in and day out. I rather be dead than endure this Treatment.

Thakur aha   612-916-7501   Donnatelow@Gmail.com

## Relief Demand Amount

I'm no longer comfortable living in apartment complexes. I demand to be able to afford a house for safety reasons and a peace of mind. The Emotional and Mental torment of this nightmare is unbearable and unreasonable. 10 million dollars can afford me the safety measurements I need to take. The Emotional and Mental stress I'm enduring is too overwhelming to work. Life goes on and cost of living is going up not down.

10 million dollars is the demand.

Thakur aha   612-916-7501   (Donnatelow@Gmail.com

Witnesses

1. Sharese Sheppard- A witness to the Emotional Distress and things being moved around and stolen from the Apartment
2. Robin Robison- Witness the Emotional distress and have knowledge that the Maintenance man or Management enter apartments with out consent and when a person is not at home
3. Thomas Robinson-Witness the Emotional Distress and knowledge of Maintenance Man or Management entering apartments without consent.
4. Trevon Hammer- witnessed the Emotional Distress and things being stolen from the Apartment

Shakur aka 612-916-7501 (Donnatelow@Gmail.com)