# UNITED STATES DISTRICT COURT
### District of Minnesota

Shakur Aziz Aha,

**JUDGMENT IN A CIVIL CASE**

    Plaintiff(s)

v.   Case Number: 22-cv-1282 (DSD/TNL)

Parklawn Properties Limited Partnership,

    Defendant(s)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss [ECF No. 6] is granted; and
2. The case is dismissed with prejudice.

Date: 8/2/2022

KATE M. FOGARTY, CLERK